RECEIVED

JUL 11 2012

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| TARIQ A. VAUGHN, SR. | DOCKET NO. 11-CV-923; SEC. P |
| VERSUS | JUDGE James T. Trimble Jr. |
| HARVEY LAPIN, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by Plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that Plaintiff's civil rights complaint be **DISMISSED WITH PREJUDICE** as frivolous because it is prescribed on it's face and, alternatively, for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. § 1915(e)(2)(B).

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 11th day of July, 2012.

James T. Trimble Jr.
UNITED STATES DISTRICT JUDGE